# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:24−cr−00415
Honorable Lindsay C. Jenkins

Kyrin Dameron

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 25, 2024:

MINUTE entry before the Honorable Lindsay C. Jenkins:as to Kyrin Dameron. The matter is set for a status hearing on January 9, 2025 at 9:45 a.m. to discuss next steps in the case, including to set any deadlines for filing pretrial motions. Without objection, time is excluded from November 25, 2024 through and including January 9, 2025, in the interest of justice, pursuant to 18 U.S.C. § 3161 (h)(7)(A), (B)(iv). Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.