UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 24 CR 415 |
| v. | ) | |
| | ) | Judge Lindsay C. Jenkins |
| KYRIN DAMERON | ) | |

**FINAL ORDER OF FORFEITURE**

This cause comes before the Court on motion of the United States for entry of a final order of forfeiture as to specific property pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure, and the Court being fully informed hereby finds as follows:

(a) On September 5, 2024, an indictment was filed charging defendant KYRIN DAMERON unlawful possession of a firearm by a felon, in violation of Title 18, United States Code, Section 922(g)(1). The indictment sought forfeiture to the United States of any firearms and ammunition involved in and used in the charged offense including, but not limited to, (i) a loaded Glock, Model 19, 9mm pistol, bearing serial number BPNX157, with an attached conversion device, also known as an "auto sear" and "Glock switch," (ii) a loaded Glock, Model 23, 0.40 caliber pistol, bearing an obliterated serial number, (iii) a loaded Glock, Model 19, 9mm pistol, bearing serial number BSCC531, with an attached conversion device, also known as an "auto sear" and "Glock switch," and (iv) a loaded Smith & Wesson, Model M&P 9, 9mm pistol, bearing serial number NEU0232, and associated ammunition.

(b) On May 15, 2025, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, defendant KYRIN DAMERON entered a voluntary plea of guilty to the indictment before the Court. Pursuant to the terms of his plea agreement and as a result of his violation of Title 18, United States Code, Section 922(g)(1), defendant KYRIN DAMERON agreed to the entry of a preliminary order of forfeiture relinquishing any right, title or interest he has in the foregoing firearms and ammunition, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

(c) On September 17, 2025, this Court entered a preliminary order of forfeiture, forfeiting all right, title, and interest of the defendant in the foregoing firearms and ammunition for disposition according to law. Further, the Federal Bureau of Investigation was directed to seize and take custody of the foregoing property.

(d) Pursuant to the provisions of Title 21, United States Code, Section 853(n)(1), as incorporated by Title 28, United States Code, Section 2461(c), beginning on September 18, 2025, and continuing for at least 30 consecutive days, notice of the criminal forfeiture of the foregoing firearms and ammunition was posted on an official government internet site.

(e) The Preliminary Order of Forfeiture was served pursuant to the district court's ECF system as to ECF filers. Pursuant to the provisions of Title 21, United States Code, Section 853(n)(1), as incorporated by Title 28, United States Code, Section 2461(c), no other parties are known to have an interest in the foregoing

firearms and ammunition and accordingly, no other parties were served with a copy of the Notice of Forfeiture and Preliminary Order of Forfeiture.

(f) To date, no petitions have been filed requesting a hearing to adjudicate any interest in the foregoing firearms and ammunition and the time in which to file a request for a hearing has expired.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1. Pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), Title 28, United States Code, Section 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure, all right, title and interest of defendant KYRIN DAMERON and any third party in (a) a loaded Glock, Model 19, 9mm pistol, bearing serial number BPNX157, with an attached conversion device, also known as an "auto sear" and "Glock switch," (b) a loaded Glock, Model 23, 0.40 caliber pistol, bearing an obliterated serial number, (c) a loaded Glock, Model 19, 9mm pistol, bearing serial number BSCC531, with an attached conversion device, also known as an "auto sear" and "Glock switch," and (d) a loaded Smith & Wesson, Model M&P 9, 9mm pistol, bearing serial number NEU0232, and associated ammunition, is hereby forfeit to the United States of America for disposition according to law. It is further ordered,

2. That, pursuant to the provisions of Title 21, United States Code, Section 853(n)(7), as incorporated by Title 28, United States Code, Section 2461(c), the United States has clear title to the subject firearms and ammunition and shall dispose of them according to law. It is further ordered,

3. That, this Court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary to implement and enforce this forfeiture.

LINDSAY C. JENKINS
United States District Judge

DATED: 11/12/2026